## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM RICHARD PERREGO,** | : | **No. 3:14cv1799** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Chief Magistrate Judge Carlson)** |
| **ROBERT GILMORE and** | : | |
| **ATTORNEY GENERAL** | : | |
| **KATHLEEN KANE,** | : | |
| **Defendants** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 26th day of June 2015, it is **HEREBY**

**ORDERED** as follows:

1. Petitioner's objections to the Report and Recommendation (Doc. 20) are **OVERRULED**;

2. The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. 19) is **ADOPTED**;

3. Petitioner's 28 U.S.C. § 2254 petition seeking habeas corpus relief is **DISMISSED without prejudice**; and

4. The Clerk of Court is directed to close this case.

**BY THE COURT:**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**