**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM RICHARD PERREGO,** | : | **No. 3:14cv1799** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **ROBERT GILMORE and** | : | |
| **ATTORNEY GENERAL** | : | |
| **KATHLEEN KANE,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 1st day of March 2016, petitioner's motion for leave to proceed *in forma pauperis* (Doc. 29) is **GRANTED**, and petitioner's section 2254 petition seeking habeas corpus relief (Doc. 28) is **DISMISSED with prejudice**. Based upon the reasoning in the accompanying memorandum, we decline to issue a certificate of appealability. The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**