# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM RICHARD PERREGO,** | : No. 3:14cv1799 |
| Petitioner | : |
| | : (Judge Munley) |
| v. | : |
| | : |
| **ROBERT GILMORE and** | : |
| **ATTORNEY GENERAL** | : |
| **JOSH SHAPIRO,** | : |
| Defendants | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 8th day of March 2017, petitioner's motion for leave to proceed *in forma pauperis* (Doc. 39) is **GRANTED**, and petitioner's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) (Doc. 38) is **DENIED**.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**